Jason W. Williams
Nevada Bar No. 8310
jwilliams@wshblaw.com
Susana Santana
Nevada Bar No. 13753
ssantana@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405

Attorneys for Affinity Lifestyles.Com, Inc. d/b/a Real Water

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE KARAJELIAN, TRACI ELLIS, MINDY CHARUSARN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AFFINITY LIFESTYLES.COM, INC., d/b/a REAL WATER<br>3773 Howard Hughes Pkwy<br>Suite 500S<br>Las Vegas, Nevada, 89169<br><br><u>Serve Registered Agent:</u><br>InCorp Service, Inc.<br>3773 Howard Hughes Pkwy<br>Suite 500S<br>Las Vegas, Nevada, 89169,<br><br>Defendant. | Case No. 2:21-cv-00465-JAD-EJY<br><br>**STIPULATION AND ORDER TO:**<br><br>**(1) WITHDRAW PLAINTIFFS' PENDING MOTION FOR ENTRY OF DEFAULT AGAINST AFFINITY LIFESTYLES.COM, INC. d/b/a REAL WATER (ECF NO. 17); AND**<br><br>**(2) GRANT AFFINITY LIFESTYLES.COM, INC. d/b/a REAL WATER AN EXTENSION OF TIME TO ANSWER THE COMPLAINT (ECF NO. 1) TO JULY 9, 2021**<br><br>Trial Date:          None Set |

**STIPULATION AND ORDER TO (1) WITHDRAW PLAINTIFFS' PENDING MOTION FOR ENTRY OF DEFAULT AGAINST AFFINITY LIFESTYLES.COM, INC. d/b/a REAL WATER AND GRANT AFFINITY LIFESTYLES.COM, INC., d/b/a REAL WATER AN EXTENSION OF TIME TO ANSWER THE COMPLAINT TO JULY 9, 2021**

AFFINITY LIFESTYLES.COM, INC. d/b/a REAL WATER (hereinafter "Defendant") and MICHELLE KARAJELIAN, TRACI ELLIS, MINDY CHARUSARN on behalf of themselves and

21322959.1:05472-0861

Case No. 2:21-cv-00465

STIPULATION AND ORDER TO (1) WITHDRAW PLAINTIFFS' PENDING MOTION FOR ENTRY OF DEFAULT AGAINST AFFINITY LIFESTYLES.COM, INC., d/b/a REAL WATER AND GRANT AFFINITY LIFESTYLES.COM, INC., d/b/a REAL WATER AN EXTENSION OF TIME TO RESPOND TO COMPLAINT BY JULY 9, 2021

all others similarly situated (hereinafter "Plaintiffs") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree that Plaintiffs will withdraw their pending Motion for Entry of Default Against Defendant (ECF No. 17). The parties further stipulate that Defendant shall have until July 9, 2021 to file an answer to Plaintiffs' Complaint (ECF No. 1).

## I.  Reasons For Withdrawal of Motion for Entry of Default and the Requested Extension

Plaintiffs filed their Complaint on March 22, 2021. *See* ECF No. 1. Defendant was served with the Complaint on April 14, 2021. *See* ECF No. 9. A response to the Complaint was due on May 5, 2021. Plaintiff filed its Motion for Entry of Default (ECF No. 17) on May 27, 2021. Defendant was initially represented by the Law Firm of Thorndal Armstrong Delk Balkenbush & Eisinger, PC. Subsequently, the Law Firm of Wood, Smith, Henning & Berman, LLP was retained to represent Defendant on or about June 8, 2021-after the time to respond to the Complaint had expired and once Plaintiffs' Motion for Entry of Default (ECF No. 17) was already pending before the Court.

When the Law Firm of Wood, Smith, Henning & Berman, LLP was retained for Defendant, counsel reached out to Plaintiffs' counsel for an extension, which Plaintiffs' counsel graciously granted until July 9, 2021.

Since Defendant's counsel was unable to prepare a response to Plaintiffs' Complaint before they were retained, excusable neglect exists. *Clark v. Coast Hotels & Casinos, Inc.*, 130 Nev. 1164 (2014) ("excusable neglect" applies to "instances where some external factor beyond a party's control affects the party's ability to act or respond as otherwise required").

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

21322959.1:05472-0861　　-2-　　Case No. 2:21-cv-00465

STIPULATION AND ORDER TO (1) WITHDRAW PLAINTIFFS' PENDING MOTION FOR ENTRY OF DEFAULT AGAINST AFFINITY LIFESTYLES.COM, INC., d/b/a REAL WATER AND GRANT AFFINITY LIFESTYLES.COM, INC., d/b/a REAL WATER AN EXTENSION OF TIME TO RESPOND TO COMPLAINT BY JULY 9, 2021

Accordingly, the Parties stipulate and agree that Defendant, AFFINITY LIFESTYLES.COM, INC., d/b/a REAL WATER, shall have until July 9, 2021 to answer Plaintiffs' Complaint filed on March 22, 2021. *See* ECF No. 1. Plaintiffs further agree to withdraw their pending Motion for Entry of Default, ECF No. 17.

DATED: June 10, 2021   WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Jason W. Williams*
JASON W. WILLIAMS
Nevada Bar No. 8310
SUSANA SANTANA
Nevada Bar No. 13753
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020

Attorneys for Affinity Lifestyles.Com, Inc., d/b/a Real Water

DATED: June 10, 2021   WISE LAW FIRM, PLC

By: */s/ David Hilton Wise*
DAVID HILTON WISE, ESQ.
Nevada Bar No. 11014
421 Court Street
Reno, Nevada 89501

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: June 10, 2021 .

_____
**U.S. MAGISTRATE JUDGE**