Joel D. Odou
Nevada Bar No. 7468
Jason W. Williams
Nevada Bar No. 8310
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jodou@wshblaw.com
jwilliams@wshblaw.com

Attorneys for Defendant, Affinitylifestyles.com, Inc. d/b/a Real Water

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE KARAJELIAN, TRACI ELLIS, MINDY CHARUSARN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AFFINITY LIFESTYLES.COM, INC. d/b/a REAL WATER,<br><br>Defendant. | Case No. 2:21-cv-00465-JAD-EJY<br><br>**WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY ELISA L. WYATT FROM ELECTRONIC SERVICE LIST**<br><br>Trial Date:       None Set |

COMES NOW, Defendant, AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER (hereinafter "Defendant"), by and through its attorneys of record, WOOD, SMITH, HENNING & BERMAN, LLP ("Wood Smith") hereby submits its Motion for Removal of only Attorney ELISA L. WYATT, from electronic service list as an Attorney for Defendant, AFFINITYLIFESTYLES.COM, INC. d/b/a REAL WATER.

Elisa L. Wyatt is no longer involved in this case, and we request that she be removed from the electronic service list.

/ / /

/ / /

/ / /

This instant Motion is filed for the sole purpose of requesting removal of <u>only attorney ELISA L. WYATT</u> from the electronic service list. The specific e-mail address is as follows: ewyatt@wshblaw.com

DATED: November 24, 2021                WOOD, SMITH, HENNING & BERMAN LLP

By: */S/ Joel D. Odou*
JOEL D. ODOU
Nevada Bar No. 7468
JASON W. WILLIAMS
Nevada Bar No. 8310
Attorneys for Defendant, Affinitylifestyles.com, Inc. d/b/a Real Water

IT IS SO ORDERED.

_____
UNITED STATS MAGISTRATE JUDGE

Dated: November 24, 2021