UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHELLE KARAJELIAN, TRACI ELLIS, MINDY CHARUSARN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AFFINITY LIFESTYLES.COM, INC., d/b/a REAL WATER,<br><br>Defendant. | Case No. 2:21-cv-00465-JAD-EJY<br><br>**ORDER** |

Pending before the Court is the Proposed Discovery Plan and Scheduling Order (ECF No. 31). While the Court understands there was a bankruptcy filing, then relief from the automatic stay, and that Defendant is subject to multiple claims in multiple courts, the Court finds the parties fail to present a clear proposed discovery plan and scheduling order pertaining to the case at bar, which is what they are required to do.

Therefore, the parties must refile their proposed discovery plan and scheduling order identifying a fact discovery deadline that, if appropriate, does not include experts but does include the deposition deadline for fact witnesses. The parties must further, if desired, identify a separate expert discovery deadline that includes the deadline for taking expert depositions. The parties shall also identify that they seek a special scheduling order and explain why, in *this* case, extensions of the standard deadlines are required. If any other deviation from the standard rules pertaining to discovery are requested, the parties must clearly identify them and explain the basis for the same. The parties are directed to Local Rule 26-1 for the outline they are to follow.

Accordingly, IT IS HEREBY ORDERED that the Proposed Discovery Plan and Scheduling Order (ECF No. 31) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties must file a revised proposed discovery plan and scheduling order as directed above no later than December 29, 2021.

Dated this 16th day of December, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE