David Hilton Wise, Esq.
Nevada Bar No. 11014
**WISE LAW FIRM, PLC**
421 Court Street
Reno, NV 89501
Telephone: (775) 329-1766
Facsimile: (775) 329-2432
dwise@wiselaw.pro
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE KARAJELIAN, TRACI ELLIS, MINDY CHARUSARN on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br>v.<br><br>AFFINITYLIFESTYLES.COM, INC., d/b/a REAL WATER | Case No. 2:21-cv-00465-~~JAD~~-EJY (CDS)<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs, Michelle Karajellian, Tracie Ellis, and Mindy Charusarn ("Plaintiffs") and Defendant Affinitylifestyles.com, Inc. d/b/a Real Water ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, agree that Plaintiffs can voluntarily dismiss all of their claims ***without prejudice*** against Affinitylifestyles.com, Inc. d/b/a Real Water. Each party shall bear their own costs in this matter.

/ / /

/ / /

23085778.1:10468-0134      -1-
STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
*Karajelian v. Affinity Lifestyles.com, Inc.*

1  IT IS HEREBY AGREED AND STIPULATED.

2

3  DATED: August 10, 2022

4

*Counsel for Plaintiffs*                      *Counsel for Defendant*

5

*/s/ David Hilton Wise*                       */s/ L. Renee Green*

6

7  David Hilton Wise, Esq.                    Joel D. Odou
   Nevada Bar No. 11014                       Nevada Bar No. 7468
8  John J. Drudi, Esq.*                       Jason W. Williams
   **WISE LAW FIRM, PLC**                     Nevada Bar No. 8310
9  421 Court Street                           L. Renee Green
   Reno, NV 89501                             Nevada Bar No. 12755
10 Telephone: (775) 329-1766                  **WOOD, SMITH, HENNING &**
11 Facsimile: (775) 329-2432                  **BERMAN LLP**
   dwise@wiselaw.pro                          2881 Business Park Court, Suite 200
12 jdrudi@wiselaw.pro                         Las Vegas, Nevada 89128-9020
   *Counsel for Plaintiffs*                   Telephone: (702) 251-4100
13                                            Facsimile: (702) 251-5405
14 Daniel K. Bryson, Esq.*                    jodou@wshblaw.com
   J. Hunter Bryson, Esq.*                    jwilliams@wshblaw.com
15 **MILBERG COLEMAN BRYSON**                 lrgreen@wshblaw.com
16 **PHILLIPS GROSSMAN, PLLC**
   900 W. Morgan Street
17 Raleigh, NC 27603
   Telephone: (919) 600-5000
18 Facsimile: (919) 600-5035
   dbryson@milberg.com
19 hbryson@milberg.com
20 *Counsel for Plaintiffs*

21 Gary M. Klinger, Esq.*
22 **MILBERG COLEMAN BRYSON**
   **PHILLIPS GROSSMAN, PLLC**
23 227 W. Monroe Street, Ste. 2100
   Chicago, IL 60606
24 Telephone: (847) 208-4585
25 gklinger@milberg.com

26 *Admitted Pro Hac Vice

27

28
   23085778.1:10468-0134                    -2-
   STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
   *Karajelian v. Affinity Lifestyles.com, Inc.*

## ORDER

Based upon the stipulation of the parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-referenced matter shall be dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this 10th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

This is to certify that on August 10, 2022, the foregoing **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served via CM/ECF electronic filing on all counsel of record.

Joel D. Odou
Nevada Bar No. 7468
Jason W. Williams
Nevada Bar No. 8310
L. Renee Green
Nevada Bar No. 12755
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: (702) 251-4100
Facisimile: (702) 251-5405
jodou@wshblaw.com
jwilliams@wshblaw.com
lrgreen@wshblaw.com

*Counsel for Defendant, Affinitylifestyles.com, Inc. d/b/a Real Water*

                                                  */s/ David Hilton Wise*
                                                  David Hilton Wise